LEONARD NOREEN, an Infant, by OSCAR NOREEN, His Guardian ad Litem, Respondent, v. WILLIAM VOGEL & BROTHERS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

BERTHA PRESSBURGER, Appellant, v. HERMAN DUBS and Another, Respondents.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the October term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELMER G. STORY, Appellant, v. MORRIS CUKOR and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents, and THOMAS C. MURRAY and MARY B. UPSHAW, Intervenors.— Motion denied. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

ALFREDO SALMAGGI, Respondent, v. LEGA MUSICALE ITALIANA, INC., and Another, Appellants.— Motion for reargument denied, with ten dollars costs. That part of the motion which seeks for leave to answer is referred to the Special Term. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

JOHN S. STANLEY and Others, Appellants, v. FRANK S. GANNON, Respondent.— Motion denied. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

SOPHIE STEVOLD, Appellant, v. HENRY C. BERNHEIM, Respondent.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

EDWARD TOBIAS, Respondent, v. ANNIE E. LYNCH, Appellant.— Motion denied. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

CONSTANT F. WHITNEY and Others, Appellants, v. CONSIDINE INVESTING COMPANY and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

JOHN R. WOFIELD and Another, Respondents, v. W. BECKERS ANILINE AND CHEMICAL WORKS, INC., Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

SOPHIA DECHTEROW, Appellant, v. AUSTIN, NICHOLS COMPANY, INC., and Others, Respondents.— Appeal dismissed, with costs. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

FRANK V. KELLY, as Administrator, etc., Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.—Judgment reversed, and complaint unanimously dismissed, but without costs, upon the ground that the services for the years sued for had not been approved after inspection and investigation as fit and meritorious by a majority of the board of superintendents, as section 1091 of the Greater New York charter provided. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

HENRY LUNDBERG and Others, as Executors, etc., of THEODORE B. JOHN-